# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Petitioner,

v.

Billy Lemurces Taylor, Respondent.

Appellate Case No. 2019-001345

———————————

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————————

Appeal from Greenville County
Robin B. Stilwell, Circuit Court Judge

———————————

Opinion No. 27985
Heard June 10, 2020 – Filed June 24, 2020

———————————

## DISMISSED AS IMPROVIDENTLY GRANTED

———————————

Attorney General Alan Wilson, Deputy Attorney General
Donald J. Zelenka, and Senior Assistant Deputy Attorney
General Melody Jane Brown, all of Columbia; and
Thirteenth Circuit Solicitor W. Walter Wilkins III, of
Greenville, for Petitioner.

Appellate Defender David Alexander, of Columbia, for
Respondent.

———————————

**PER CURIAM:**   We issued a writ of certiorari to review the court of appeals' decision in *State v. Taylor*, 427 S.C. 208, 829 S.E.2d 723 (Ct. App. 2019).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**